# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 44th Judicial District Court, Dallas County, TX | DC-19-13924 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | See Attachment A | |
   | | |
   | | |
   | | |
   | | |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?     ✓ Yes        ☐ No

   If "*Yes*," by which party and on what date?

   Plaintiff                                                                September 5, 2019
   Party                                                                    Date

4. **Answer:**

   Was an Answer made in State Court?  ☐ Yes     ☑ No

   If "*Yes*," by which party and on what date?

   _____          _____
   Party                                                            Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   | All Defendants | Service not yet effectuated |
   | | |
   | | |
   | | |
   | | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | n/a | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiff | Plaintiff alleges breach of fiduciary duty, unjust enrichment, abuse of control and gross mismanagement |

**ATTACHMENT A**

**Plaintiff**

Stourbridge Investments, LLC, Derivatively on Behalf of Nominal Defendant Exxon Mobil Corporation

Represented by: Roger L. Mandel, Texas Bar No. 12891750, JEEVES MANDEL LAW GROUP, P.C., 12222 Merit Drive, Suite 1200, Dallas, TX 75251, (214) 253-8300; Joshua M. Lifshitz, LIFSHITZ & MILLER LLP, 821 Franklin Avenue, Suite 209, Garden City, New York 11530, (516) 493-9780

**Defendants**

Susan K. Avery
Angela F. Braly
Ursula M. Burns
Kenneth C. Frazier
Steven A. Kandarian
Douglas R. Oberhelman
Samuel J. Palmisano
Steven S. Reinemund
William C. Weldon
Darren W. Woods
Michael J. Boskin
Henrietta H. Fore
William W. George
Larry R. Faulkner
Peter Brabeck-Letmathe
Rex W. Tillerson
Andrew P. Swiger
Jeffrey J. Woodbury
David S. Rosenthal
Exxon Mobil Corporation (nominal defendant)

Represented by: Nina Cortell, Texas State Bar No. 04844500, Daniel H. Gold, Texas State Bar No. 24053230, HAYNES AND BOONE, LLP, 2323 Victory Avenue, Suite 700, Dallas, TX 75219, (214) 651-5000; Theodore V. Wells, Jr., Daniel J. Kramer, Daniel J. Toal, Matthew Stachel, Jonathan H. Hurwitz, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 Avenue of the Americas, New York, NY 10019-6064, (212) 373-3000