# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *Dallas Division*

Stourbridge Investments LLC
Plaintiff

v.

Susan K. Avery, et al.
Defendant

3:19-cv-02267
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendants Exxon Mobil Corporation, Susan K. Avery, Angela F. Braly, Ursula M. Burns, Kenneth C. Frazier, Steven A. Kandarian, Douglas R. Oberhelman, Samuel J. Palmisano, Steven S. Reinemund, William C. Weldon, Darren W. Woods, Michael J. Boskin, Henrietta H. Fore, William W. George, Larry R. Faulkner, Peter Brabeck-Letmathe, Rex W. Tillerson, Andrew P. Swiger, Jeffrey J. Woodbury, and David S. Rosenthal provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

None - nominal defendant Exxon Mobil Corporation states that it has no parent corporation and no publicly held corporation owns 10% or more of its outstanding stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

Defendants Exxon Mobil Corporation, Susan K. Avery, Angela F. Braly, Ursula M. Burns, Kenneth C. Frazier, Steven A. Kandarian, Douglas R. Oberhelman, Samuel J. Palmisano, Steven S. Reinemund, William C. Weldon, Darren W. Woods, Michael J. Boskin, Henrietta H. Fore, William W. George, Larry R. Faulkner, Peter Brabeck-Letmathe, Rex W. Tillerson, Andrew P. Swiger, Jeffrey J. Woodbury, and David S. Rosenthal

Plaintiff Stourbridge Investments LLC

|  |  |
|---|---|
| Date: | September 23, 2019 |
| Signature: | /s/ Nina Cortell |
| Print Name: | Nina Cortell |
| Bar Number: | 04844500 |
| Address: | 2323 Victory Ave., Ste. 700 |
| City, State, Zip: | Dallas, TX 75219 |
| Telephone: | (214) 651-5579 |
| Fax: | (214) 200-0411 |
| E-Mail: | nina.cortell@haynesboone.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons