IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SARAH VON COLDITZ, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-CV-1067-K |
| | § | |
| DARREN W. WOODs, et al., | § | |
| | § | |
| Defendants. | § | |
| STOURBRIDGE INVESTMENTS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-CV-2267-K |
| | § | |
| SUSAN K. AVERY, et al., | § | |
| | § | |
| Defendants, | § | |

## ORDER OF CONSOLIDATION

Before the Court is Plaintiff' Unopposed Motion(s) to Consolidate Pursuant to Fed R. Civ. P. Rule 42, filed on February 5, 2020. The Motion(s) are GRANTED and the Court **ORDERS** that Case No. 3:19-CV-1067-K and 3:19-CV-2267-K, are hereby **CONSOLIDATED.** All future filings shall be filed in 3:19-CV-1067-K.

**SO ORDERED.**

Signed February 12th, 2020.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE